UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  21-50070 |
| Plaintiff-Appellee, | D.C. No. 3:20-cr-02805-AJB-1 |
| v. | Southern District of California, San Diego |
| EDUARDO PADILLA, | |
| Defendant-Appellant. | ORDER |

This case shall be submitted on the briefs and record, without oral argument,

on May 13, 2022, in Pasadena, California.  *See* Fed. R. App. P.  34(a)(2)(C).


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7